UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK
-------------------------------------------------------------X
PAUL NAVARRO, as GUARDIAN for
Paul Navarro, Jr.

                    Plaintiff.                Civil Action No.
                                                       2:18-cv-05829 (DRH) (SIL)

    v.

INDEPENDENCE BLUE CROSS and MSC
INDUSTRIAL DIRECT CO., INC., MEDICAL
PLAN,

                    Defendants.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

    I am admitted to practice in the Eastern District of New York and hereby appear in this case as counsel to Paul Navarro, as Guardian for Paul Navarro, Jr.

Date: October 25, 2018                               /s/ Nan Geist Faber, Esq.
                                                        NAN GEIST FABER, P.C.
                                                        996 Dartmouth Lane
                                                        Woodmere, NY 11598
                                                        (516) 526-2456
                                                        nfaber@nangeistfaber.com