# LAW OFFICES OF JOHN G. LUBOJA, LLP

500 EXECUTIVE BOULEVARD, SUITE 103
OSSINING, NEW YORK 10562

| | |
|---|---|
| www.lubojalaw.com | New Jersey Office |
| t (914) 373-5100 | Two University Plaza, Suite 507 |
| f (914) 373-5101 | Hackensack, New Jersey 07601 |

January 14, 2019

Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    <u>Paul Navarro, as Guardian for Paul Navarro, Jr. v. Independence Blue Cross and MSC Industrial Direct Co, Inc., Medical Plan</u>
              Case No.: 2:18-cv-05829

Dear Judge Hurley:

      The undersigned attorney represents defendants Independence Blue Cross and MSC Industrial Direct Co, Inc. and Affiliates Associate Medical Plan in the captioned action. This correspondence is submitted to report to the Court that the parties hereto have reached an agreement to settle this matter. All parties request and consent that the attached Proposed Order dismissing same with prejudice, be signed and entered.

                              Respectfully submitted,

                              *Richard M. Hunter*

                              Richard M. Hunter
                                (RH-6128)

To:    Nan Geist Faber, Esq.
        *Attorney for Plaintiffs Navarro*
        Nan Geist Faber, P.C.
        996 Dartmouth Lane
        Woodmere, NY 11598
        (516) 526-2456
        Fax: (516) 295-2974
        *Email:* nfaber@nangeistfaber.com

        Robert J. Axelrod, Esq.
        *Attorney for Plaintiffs Navarro*
        Axelrod LLP
        800 Third Avenue
        Suite 2800
        New York, NY 10022
        (646) 448-5263
        Fax: (212) 840-8560
        Email: rjaxelrod@axelrodllp.com